opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 2585-3. Division Three. May 17, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE
DOUGLAS TONGATE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 20597, Bruce P. Hanson, J., entered September 9, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[No. 2882-3. Division Three. May 17, 1979.]

LYLE T. WOODFILL, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 243417, Donald N. Olson, J., entered April 14, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and McInturff, J.

[No. 3272-2. Division Two. May 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EURAL
DEWAYNE DEBBS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 52350, Thomas A. Swayze, Jr., J., entered March 16, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.

[Nos. 3238-2; 3239-2. Division Two. May 21, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. AL LYLES,
*Appellant.*

Appeals from judgments of the Superior Court for Kitsap County, Nos. C-3276, C-3347, Terence Hanley, J., entered

October 24, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.